**Russell Adam PELLETIER,**
**Petitioner–Appellant,**

v.

**Mr. ROBINSON, Warden,**
**Respondent–Appellee.**

No. 07–6845.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 20, 2008.

Decided: March 11, 2008.

Russell Adam Pelletier, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Adam Pelletier seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of ap-pealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that rea-sonable jurists would find that any assess-ment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the rec-ord and conclude that Pelletier has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal con-tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*